```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HOWARD KELLEY,              )
     Petitioner,            )
                            )
          v.                )    Civil Action No. 09-1410
                            )      (Criminal No. 05-221)
UNITED STATES OF AMERICA,   )
     Respondent.            )
```

ORDER

AND NOW, this 21st day of October, 2009, the Court, having received petitioner's motion to vacate [document #119 at Criminal No. 05-221], IT IS HEREBY ORDERED that any response to the motion shall be filed on or before November 20, 2009.

IT IS FURTHER ORDERED that any reply to a response shall be filed on or before December 7, 2009.

```
                          BY THE COURT:


                          s/Gary L. Lancaster        , J.
                          Hon. Gary L. Lancaster,
                          Chief United States District Judge
```

cc: Howard Kelley, HH-4309
    S.C.I.-Dallas
    1000 Follies Road
    Dallas, PA 18612

    Constance M. Bowden,
    Assistant United States Attorney