IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-221 |
| | ) | (Civil Action No. 09-1410) |
| HOWARD KELLEY | ) | |

O R D E R

AND NOW this 20th day of November, 2009, upon motion of the United States of America, for an extension of time within which to file its response to the defendant's motion to vacate his sentence, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. The United States is to file its response on or before December 21, 2009. Any reply to the response shall be filed on or before January 8, 2010.

_____
CHIEF UNITED STATES DISTRICT JUDGE

cc: All parties of record